IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SEXTON,<br><br>Defendant. | Case No. 17-cv-00338-CRB<br><br>**ORDER TO SHOW CAUSE** |

Rogelio Ruiz has moved under 28 U.S.C. § 2254 for a writ of habeas corpus. Dkt. 14. The state is hereby ORDERED to show cause why Ruiz's motion should not be granted. The state is ORDERED to respond within 60 days from the entry of this Order. Ruiz shall file a reply brief not later than 30 days after the government's response is due.

**IT IS SO ORDERED.**

Dated: Oct. 17, 2017

_____
CHARLES R. BREYER
United States District Judge