IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL SEXTON, et al.,<br><br>    Defendants. | Case No. 17-cv-00338-CRB<br><br>**ORDER GRANTING CERTIFICATE OF APPEALABILITY** |

Petitioner Rogelio May Ruiz requests a certificate of appealability under 28 U.S.C. § 2253(c), which requires that he have "have made a substantial showing of the denial of constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner's request for a Certificate of Appealability is GRANTED.

**IT IS SO ORDERED.**

Dated: March 8, 2019

CHARLES R. BREYER
United States District Judge